CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  [X] MAGISTRATE   X DISTRICT   [ ] APPEALS COURT or   [ ] OTHER PANEL (Specify below)

IN THE CASE OF

| UNITED STATES V.S. Daisy Arias | FOR Mass AT Boston |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name) _____

1 X Defendant—Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other

DOCKET NUMBERS
Magistrate MJ04-M-227 JLA
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   X Felony   [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed?  [ ] Yes   [X] No   [ ] Am Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  [ ] Yes  [ ] No   unknown
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   [ ] Yes   [ ] No

| RECEIVED | SOURCES |
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?   [ ] Yes  [X] No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   [ ] Yes   [X] No

| VALUE | DESCRIPTION |
IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**

MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
[X] SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them:
Natacha Cabrera, daughter

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
| APARTMENT OR HOME | | $ | $ 500 |
| Food | | $ | $ 200 |
| | | $ | $ |
| | | $ | $ 700 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/27/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)   Daisy [signature]