UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-MJ-00229-JLA

UNITED STATES OF AMERICA

V.

DAISY ARIAS

### ORDER ON DETENTION

June 10, 2004

ALEXANDER, M.J.

The defendant, DAISY ARIAS, appeared before this Court on May 28, 2004 for a hearing on detention and probable cause pursuant to a complaint charging her with violation of 21 U.S.C. § 841(a) (knowingly or intentionally manufacturing, distributing or dispensing or possessing with intent to manufacture, distribute or dispense a controlled substance). At the time, Ms. Arias was represented by Attorney Timothy G. Watkins of the Federal Defender's Office and the government was represented Assistant United States Attorney David Tobin. At the conclusion of the hearing, the Court ruled from the bench that there was probable cause to believe that the defendant committed the offense with which she was charged and took the matter of detention under advisement, directing the Pretrial Services Office ("PSO") to conduct further investigation of certain conditions proposed by the defendant and her counsel. That investigation is not completed but counsel for Ms. Arias now informs the Court that she wishes to voluntarily withdraw her request for pre-trial release, to consent voluntarily and without prejudice to detention

pending trial, and to not appear before the Court. Accordingly, the Court ORDERS the defendant, DAISY ARIAS, be DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

_____
United States Magistrate Judge