UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04CR 10199 WGY |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| DAISY ARIAS, ) | 21 U.S.C. § 846 - |
| ) | Conspiracy to Possess With Intent |
| Defendant ) | to Distribute, and to Distribute, |
| ) | Cocaine |
| ) | |
| ) | 21 U.S.C. § 841(a)(1)- |
| ) | Possession With Intent To |
| ) | Distribute Cocaine |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Criminal Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy to Possess With
Intent to Distribute, and to Distribute, Cocaine)

The Grand Jury charges that:

On or about May 26, 2004, at Boston and elsewhere in the District of Massachusetts,

**DAISY ARIAS**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## SENTENCING FACTORS

The Grand Jury further charges that the offense charged in Count One involved between 500 and 2,000 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii), and U.S.S.G. § 2D1.1(c)(7) are applicable to this count.

COUNT TWO:         (21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute Cocaine)

The Grand Jury further charges that:

On or about May 26, 2004, at Boston, in the District of Massachusetts,

**DAISY ARIAS**

defendant herein, did knowingly possess cocaine, a Schedule II controlled substance, with intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## SENTENCING FACTORS

The Grand Jury further charges that the offense charged in Count two involved between 500 and 2,000 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii), and U.S.S.G. § 2D1.1(c)(7) are applicable to this count.

## FORFEITURE ALLEGATION: (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 5 of this Indictment,

**DAISY ARIAS**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; July 8, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK  4:00 pm