UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                        CRIM. CASE NO: MJ04-M-229 JLA

DAISY ARIAS
        Defendant

ORDER ON
APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

On May 27, 2004, the defendant in the above-entitled action appeared before this Court for an initial appearance. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney TIMOTHY WATKINS of the Federal Defender Office for the District of Massachusetts be appointed, effective as of May 27, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

BY THE COURT:

/S/ Rex Brown
Courtroom Clerk

August 27, 2004
Date