**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

        **V.**                                    **CRIMINAL**
                                            **NO. 04-10199 -WGY**

**DAISY ARIAS**

### INITIAL SCHEDULING ORDER

**YOUNG,C.J.**

      The above named defendant(s) having been arraigned on  **JULY 14, 2004**
before   **ALEXANDER,USMJ**   , and having elected to proceed under the automatic discovery rules, IT IS
HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

    **A.**       The government shall provide automatic discovery by  **8/11/04**   See   L.R116.1(C).

    **B.**       The defendant shall provide automatic discovery by **8/11/04**   . <u>See</u> LR 116.1(D).

    **C.**       Any discovery request letters shall be sent and filed by   8/25/04. See LR 116.3 (A) and (H).

    **D.**       Any responses to discovery request letters shall be sent and filed by  9/8/04. See LR
             116.3(A).

    **E.**       An initial status conference in accordance with LR 116.5 will be held on  **TUE. 9/21/04**
             at      **2:00**      p.m. in Courtroom No.   **18**      on the  **5**    floor.

                                  **By the Court,**

**8/30/04**                                   **/s/ Elizabeth Smith**

                 **Date**                                       **Deputy Clerk**

**(Crinsch1.wp - 11/24/98)**