**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
**BOSTON, MASSACHUSETTS 02110**

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

October 28, 2004

Mr. Sean P. Buckley
U.S. Probation Officer
United States District Court
One Courthouse Way
Boston, MA 02210

      Re: <u>United States v. Daisy Arias</u>
          No. 04-10199-WGY

Dear Mr. Buckley:

    I have reviewed the Presentence Report, and have forwarded it to Ms. Arias. We have the following objections by paragraph numbers as they appear in the report:

    ¶¶**22-23**: The information in these two paragraphs was provided pursuant to U.S.S.G. §1D1.8 and thus should not be included in the report.

    ¶**33**: The defendant objects to the report's failure to decrease the offense by two levels to reflect the defendant's minimal participation in the offense at issue. As is set forth in ¶¶12-21, Ms. Jansen provided the name, description of the person who had recruited her and who had supplied her with the drugs she was carrying. She and another woman were given plane tickets and specific instructions as to how to travel to Europe and that they were to immediately deliver the drugs to a person meeting her at the airport. She was given no discretion whatsoever in her task; rather, she was nothing more than a human vessel to carry out Orlando LNU's plan by carrying his drugs. Thus, the defendant was substantially less culpable than other individuals both in the offense at issue and compared to others committing the same offense. Consequently, the defendant fits the criteria set out in U.S.S.G. § 3B1.2(b) and application notes 2 and 3 and should be awarded a two-level decrease in base offense level.

    Several recent judgements in similar circumstances reflect agreement amongst the District Court that such a reduction is appropriate. See <u>United States v. Dorka Morales</u>, Criminal No. 00-10411-DPW (Judge Woodlock awarded, on Probation Department recommendation, two-level decrease for courier role in airport smuggle of ecstacy); <u>United States v. Jeimy Yudelka Salcedo-Sanchez</u>, Criminal No. 00-10424-DPW (same, modifying Probation

-2-       United States v. Arias
Criminal No. 04-10199-WGY
October 28, 2004

Department recommendation of no role reduction); <u>United States v. Gustavo Andres Zuluaga</u>, Criminal No. 00-10250-MLW (Judge Wolf awarded four-level reduction for courier role, modifying Probation Department and government recommendation of two-level reduction); <u>United States v. Disenia Gonzalez</u>, Criminal No. 00-CR-10013-RGS (Judge Stearns awarded, in large-conspiracy ecstasy smuggle, four-level reduction for courier role); <u>United States v. Manuel Fernandez Rodriguez</u>, Criminal No. 02-10340-NG (Judge Gertner awarded four-level reduction for courier role in single airport smuggle, modifying Probation Department and government recommendation of two-level reduction); <u>United States v. Patricia Suarez Lopez</u>, Criminal No. 01-10434-REK (Judge Keeton awarded, on Probation Department recommendation, two-level decrease for courier role in smuggle of ecstasy); <u>United States v. Yvette Jansen</u>, Criminal No. 01-10193-RCL (Judge Lindsay awarded, on Probation Department recommendation, two-level decrease for courier role in smuggle of ecstasy); <u>United States v. Roland Ruehn & Danut Sur</u>, Criminal No. 00-10339-RCL (Judge Lindsay awarded decrease for airport courier role to both defendants in smuggle of ecstasy); <u>United States v. Rosa Marquez</u>, Criminal No. 01-10042-DPW (Judge Woodlock awarded, on Probation Department recommendation, two-level decrease for courier role in single smuggle).

**¶¶ 36 & 40:** The defendant submits that with the adjustment reflecting her minor role in the offense, the Adjusted Offense Level (subtotal) should be 24 and the Total Offense Level should be 21.

**¶ 49:** Applying the safety valve reduction along with the adjustment reflecting defendant's minor role results in a Guideline Sentencing Range of 30-37 months.

Thank you for your consideration in this matter. I have e-mailed this document to you for your convenience. Please feel free to call me with any questions you may have.

Sincerely,

/s/ Timothy G. Watkins
Timothy G. Watkins


cc: AUSA David Tobin
    Daisy Arias