1

1        THE COURT:  Thank you.

2        Ms. Daisy Arias, in consideration of the offenses

3   of which you stand convicted, the information from the

4   United States Attorney, your attorney, the probation officer

5   and yourself, this Court sentences you to three years, 36

6   months, in the custody of the United States Attorney General

7   on each count, the sentence on each count to run concurrent

8   one with the other.

9        The Court imposes thereafter three years of

10  supervised release.  The Court imposes no fine only due to

11  your inability to pay a fine, and a $200 special assessment

12  is required by the law.

13       The specific conditions of your supervised release

14  are, as follows.  You're prohibited from possessing a

15  firearm or other dangerous weapon.  You're to participate in

16  a program for substance abuse as directed by the United

17  States Probation Office which program may include testing

18  not to exceed 104 drug tests per year to determine whether

19  you are using alcohol or drugs.  You are also, consistent

20  with the recently enacted law, required to provide DNA

21  samples as directed by the United States Probation

22  Officer -- Office.

23       Now, let me explain that sentence.  I did not

24  sentence you at the low end.  I put another six months on.

25  And I did so because this was no mistake.  This was no

2

```
1    aberrant conduct.  You knew exactly what you were doing.
2    And the great likelihood, though I did not conclude by a
3    fair preponderance, is that you were involved with this for
4    some time.  And the best thing that could have happened to
5    you is that you got caught.  Because now I am of the belief,
6    it's counted in your behalf these conclusions I've drawn,
7    that this is over for you.
8            Now, with all respect, ma'am, it better be over.
9    When you come out, if you get involved with this again
10   following a three year sentence out of this Court, no Court
11   is going to cut you any slack at all.  Yes, you were a drug
12   courier.  But you were a knowledgeable drug courier
13   involved, I believe, in the drug business.
14           Now, I do recommend that the Bureau of Prisons
15   admit you to the 500-hour drug treatment program.
16           You will get credit for the service of this
17   sentence from May 26th, 2004.  I tell you that you have the
18   right to appeal from any findings or rulings that I have
19   made against you.  Should you appeal and should the judgment
20   of this Court be reversed in whole or in part, I say now
21   that you will be resentenced before another judge of this
22   Court.
23           That's the sentence of the Court.  She's remanded
24   to the custody of the marshals.
25           MR. TOBIN:  Thank you, your Honor.
```

```
                                                                    3

   1                (Whereupon the matter concluded.)
   2
   3
   4
   5
   6
   7
   8
   9
  10
  11
  12
  13
  14
  15
  16
  17
  18
  19
  20
  21
  22
  23
  24
  25
```